**UNITED STATES of America, Appellee,**

v.

**Thomas George FREEMAN, Appellant.**

No. 10–1163.

United States Court of Appeals, Eighth Circuit.

Submitted: April 13, 2010.

Filed: April 16, 2010.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this direct criminal appeal, Thomas Freeman challenges the sentence the district court [1] imposed after revoking his

---

2. The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.

1. The Honorable Ronald E. Longstaff, United States District Judge for the Southern District

supervised release. Upon careful review, we conclude that the revocation sentence is not unreasonable. *See United States v. Tyson*, 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)). Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw.